

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-19-00382-CV

___

MATTHEW HUGHES, APPELLANT

V.

HILLSIDE VILLAS, APPELLEE

___

On Appeal from the County Court at Law Number 1
Travis County, Texas[1]
Trial Court No. C-1-CV-19-007511, Honorable Eric Shepperd, Presiding

___

March 6, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Matthew Hughes, proceeding pro se, appeals from the trial court's judgment in favor of appellee, Hillside Villas.  Hughes' brief was originally due February 5, 2020, but was not filed.  By letter of February 12, 2020, we notified Hughes that the appeal was subject to dismissal for want of prosecution if a brief was not received by February 24.  To date, Hughes has not filed a brief or had any further communication with

___

[1] Pursuant to the Texas Supreme Court's docket equalization efforts, this case was transferred to this Court from the Third Court of Appeals.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

this Court.  Accordingly, we dismiss the appeal for want of prosecution.  TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam